# IN THE U.S. BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Earl Seeker and Suzanne Seeker, | : | Chapter 13 |
| Debtors | : | No. : 15-18024-amc |

### PRAECIPE TO DISMISS DEBTORS' CHAPTER 13 BANKRUPTCY CASE

TO THE CLERK:

Earl Seeker and Suzanne Seeker, debtors in the above-captioned case, requests dismissal of their Chapter 13 bankruptcy case pursuant to 11 U.S.C. §1307(b).

Respectfully,

ROSS, QUINN & PLOPPERT, P.C.

By:     */s/ Joseph Quinn*_____
Joseph Quinn, Esquire
Attorney I.D. No. 307467
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
T: 610.323.5300
F: 610.323.6081
Date: October 15, 2020                     JQuinn@rqplaw.com